UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | |
| | ] | |
| v. | ] | Criminal No. 3:07-00235 |
| | ] | Judge Trauger |
| **BILLY JEROME MILLER** | ] | |
| **Defendant.** | ] | |

### O R D E R

Presently before the Court is the defendant's *pro se* "Motion to Compel Time Credited Served" (Docket Entry No.39).

The United States Attorney for this judicial district is directed to file a response to the defendant's Motion within thirty (30) days from the date of entry of this order on the docket.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge