UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cr-00235 |
| | ) | Judge Aleta A. Trauger |
| **BILLY JEROME MILLER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## GOVERNMENT'S MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Special Assistant United States Attorney (SAUSA) Cecil W. VanDevender, to request a substitution of counsel for the government in the above-styled case. In support of this motion, the undersigned submits that the case has been reassigned to SAUSA VanDevender.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

**s/ *Cecil W. VanDevender***
Cecil W. VanDevender
Special Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
615-736-5151